ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 02 2019
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR19-00090 JMS |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) |
| | ) | and 841(b)(1)(A)] |
| RODNEY ROBERT RODRIGUES, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

<u>Possession with Intent to Distribute Methamphetamine</u>
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A))

On or about November 13, 2018, within the District of Hawaii, defendant RODNEY ROBERT RODRIGUES, JR., did knowingly and intentionally possess, with intent to distribute, fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## FORFEITURE NOTICE

1.  The allegation contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 21, United States Code, Section 853.

2.  The United States hereby gives notice to the defendant that, upon conviction of the offense charged in Count 1 of this Indictment, the government will seek forfeiture, in accordance with Title 21, United States Code, Section 853(a), of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A), alleged in this Indictment, and any and all property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, the violations as set forth above, alleged in this Indictment, including but not limited to $2,370.00 in United States currency seized from RODNEY ROBERT RODRIGUES, JR. on November 13, 2018, at his residence in Kailua-Kona, Hawaii.

3. If by any act or omission of the defendants, any of the property subject to forfeiture described in paragraph 2 above:

    a. cannot be located upon the exercise of due diligence;

    b has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

//

//

//

//

//

DATED: July 2, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Rodney Robert Rodrigues, Jr.
Indictment
Cr. No.  CR19-00090 JMS

4