ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

CHRIS A. THOMAS #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR19-00090 JMS |
| ) | |
| Plaintiff, ) | NOTICE REGARDING EARLIER |
| ) | CHARGES FILED AGAINST |
| vs. ) | DEFENDANT |
| ) | |
| RODNEY ROBERT RODRIGUES, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE REGARDING EARLIER CHARGES FILED AGAINST DEFENDANT

The United States Attorney's Office notifies the United States District Court for the District of Hawaii that the United States Attorney's Office is now filing an

Indictment that names as a defendant an individual previously charged in a different Indictment filed in this Court.

NAME OF DEFENDANT: Rodney Robert Rodrigues, Jr.

CASE NUMBER(S) IN WHICH DEFENDANT WAS PREVIOUSLY CHARGED IN THIS DISTRICT: Cr. No. 06-00145 DKW

STATUS OF DEFENDANT (check as appropriate):

- ☐ Prior Case(s) Closed and No Supervision Ongoing
- ☐ Defendant Now Serving Custody Sentence in Prior Case(s)
- X Defendant on Supervised Release or Probation
- ☐ Prior Case(s) Still Ongoing
- ☐ Other (please explain; e.g., Defendant now a fugitive)

DATED: July 2, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney